

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2019

No. 04-19-00134-CV

**IN THE INTEREST OF D.R., ET AL**,
Appellant

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00445
Honorable Genie Wright, Judge Presiding

# O R D E R

The Appellant's, N.H., First Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before June 3, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2019.

_____
Keith E. Hottle,
Clerk of Court